**Judy BROWN, As mother and next friend of John Travis Brown, Plaintiff–Appellant,**

v.

**LYNN LADDER & SCAFFOLDING COMPANY, INCORPORATED, Defendant–Appellee.**

No. 00–2432.

United States Court of Appeals, Fourth Circuit.

Submitted March 27, 2001.

Decided April 20, 2001.

Eugene A. Shapiro, P.A., Shapiro & Dorman, P.A., Baltimore, MD, for appellant. R. Wayne Pierce, Ann M. Grillo, Niles, Barton & Wilmer, Baltimore, MD, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Judy Brown appeals the district court's order granting summary judgment in Defendant's favor in this products liability action. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Brown v. Lynn Ladder & Scaffolding Co., Inc.,* No. CA–00–1099–S (D.Md. Oct. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*